AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

CARDIFF PRESTIGE PROPERTY, INCORPORATED, a California corporation, FIRST PREMIER X LLC, a California limited liability company, LITTLE SAIGON CHAMBER OF COMMERCE, LLC, a California limited liability company, and VIETNAMESE AMERICAN CULTURE AND EDUCATION FOUNDATION ("VACEF"), a California corporation

*Plaintiff(s)*

v.

The People's Republic of China ("the PRC"); National Health Commission of the People's Republic of China; Ministry of Emergency Management of the People's Republic of China; Ministry of Civil Affairs of the People's Republic of China; The People's Government of Hubei Province; and the People's Government of the City of Wuhan, China

*Defendant(s)*

Civil Action No. 8:20-cv-00683-DOC-JDE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

National Health Commission of the People's Republic of China

Embassy of the People's Republic of China
in the United States of America
3505 International Place, N.W.,
Washington, D.C. 20008 U.S.A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE TU FIRM, APLC
Hoang Huy Tu, Esq.
10810 Warner Avenue, Suite 12
Fountain Valley, CA 92708
Tel.: (714) 636-6030  Fax.: (714) 636-6048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/10/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                        _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc: