**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. <u>SA CV 20-00683-DOC (JDEx)</u>                    Date: <u>July 1, 2020</u>

Title:   <u>Cardiff Prestige Property, Inc., et al. v. Peoples Republic of China, et al.</u>

PRESENT:  The Honorable DAVID O. CARTER, U.S. District Judge

<u>          Kelly Davis          </u>                                  <u>          None          </u>
             Courtroom Clerk                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:
              None Present                                                   None Present

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

     The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below.  Accordingly, the Court, on its own motion, hereby orders plaintiff (s) to show cause in writing no later than **JULY 9, 2020** why this action should not be dismissed as to all remaining defendants for lack of prosecution.

     It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

     As an alternative to a written response by plaintiff(s), the Court will accept one of the following as an appropriate response to this OSC if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently:

- Proofs of Service of Summons and Complaint on all defendants

     No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

**<span style="color:red">Plaintiff counsel is ordered to serve this order on all defendants.</span>**

MINUTES FORM 11
CIVIL-GEN                                                                        Initials of Deputy Clerk:  <u>kd</u>